**Donald L. BOULCH, Respondent Pro Se,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Appellant.**

**No. WD 65149.**

Missouri Court of Appeals,
Western District.

Dec. 27, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 28, 2006.

Application for Transfer Denied
April 11, 2006.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Office of Attorney General, Jefferson City, for Appellant.

Donald Boulch, Licking, pro se.

---

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

The Missouri Board of Probation and Parole appeals the circuit court's declaratory judgment that Mr. Boulch's prior placement in a 120–day program under Mo. Ann. Stat. § 559.115 (West Supp.2005) must not be counted as a "commitment" for purposes of Mo.Rev.Stat. § 558.019 (2000). We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed. Rule 84.16(b).